[No. 38606-9-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
AARON GACEK, *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated September 12, 1997. The court *reversed* the conviction and *remanded* the case to the juvenile court for dismissal.

[No. 38664-6-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ADAM
LEE AVRA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-8-00205-4, Anita Louise Farris, J., entered May 1, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 38673-5-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE
A. PHAIR, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01991-3, Linda C. Krese, J., entered April 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38704-9-I.    Division One.    June 9, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MARY
BURGO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-06662-0, Larry A. Jordan, J., entered May 6, 1996. *Dismissed* by unpublished per curiam opinion.